IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NGOZI AZUBUIKE and SAMUEL AZUBUIKE,<br>    Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br>    Defendant. | §<br>§<br>§<br>§<br>§   Civil Action No. 3:19-CV-1610-N-BH<br>§<br>§<br>§<br>§ |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since Plaintiffs have not timely filed an amended complaint as allowed by the recommendation, the *Defendant's Motion for Summary Judgment and Motion for Judgment on the Pleadings*, filed February 4, 2020 (doc. 12), is **GRANTED** as to the request for judgment on the pleadings, and **DENIED as moot** as to the request for summary judgment. By separate judgment, Plaintiffs' claims against Select Portfolio Servicing, Inc., will be **DISMISSED with prejudice**.

**SIGNED** this 7th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE